AMERICAN BUTTON COMPANY, Appellant, v. WARSAW BUTTON COMPANY, Respondent.— (The judgment dismisses the complaint in an action for damages sustained by plaintiff by reason of defendant inducing one of plaintiff's salesmen to breach his contract of employment with plaintiff.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

RODAK GROCERY CORPORATION, Appellant, v. LAWRENCE WAREHOUSE COMPANY, Respondent.— (The judgment is for defendant in an action for breach of contract.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

LOREN A. DERBY, an Infant, by KATHRYN M. DERBY, His Guardian ad Litem, Respondent, v. CITY OF OLEAN, Appellant, Impleaded with Others. FRANK F. DERBY et al., Respondents, v. CITY OF OLEAN, Appellant, Impleaded with Others. DONALD MISHANEC, an Infant, by WILLIAM MISHANEC, His Guardian ad Litem, Respondent, v. CITY OF OLEAN, Appellant, Impleaded with Others. DMITRO MISHANEC, Respondent, v. CITY OF OLEAN, Appellant, Impleaded with Others. FRANK E. WILLIAMS, Administrator of the Estate of HAROLD J. WILLIAMS, Respondent, v. CITY OF OLEAN, Appellant, Impleaded with Others.— All concur. (The order denies a motion of defendant City of Olean for a dismissal of the complaints in actions for damages for personal injuries sustained by plaintiffs by reason of their having been struck by a falling wall.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

LIVINGSTON BEGY et al., Respondents, v. DAVID F. LEFEBER, Appellant.— All concur. (The judgment is for plaintiffs in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

ROBERT D. MILLER, an Infant, by ELWOOD R. MILLER, His Guardian ad Litem, Appellant, v. THE BOARD OF EDUCATION, UNION FREE SCHOOL, DISTRICT No. 1, ALBION, N. Y., et al., Respondents.— All concur, except McCurn, J., who dissents and votes for reversal and for reinstatement of the verdict and judgment thereon. (The judgments are for defendant Board of Education and defendant Pratt for no cause of action, in a negligence action. The order denies plaintiff's motion for direction of a verdict and to set aside the special finding in favor of defendant Pratt, and grants defendants' motion for a general verdict.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

ELWOOD R. MILLER, Appellant, v. THE BOARD OF EDUCATION, UNION FREE SCHOOL, DISTRICT No. 1, ALBION, N. Y., et al., Respondents.— [See preceding decision.] All concur, except McCurn, J., who dissents and votes for reversal and for reinstatement of the verdict and judgment thereon. (The judgments are for defendant Board of Education and defendant Pratt for no cause of action, in a negligence action. The order denies plaintiff's motion for direction of a verdict and to set aside the special finding in favor of defendant Pratt, and grants defendants' motion for a general verdict.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

MARY OUDERKIRK, Appellant, v. IRVING WIGGS, Respondent.— All concur, except Harris, J., who dissents and votes for reversal on the law and facts and for granting a new trial, on the ground that the findings of freedom from negligence and the findings of contributory negligence are contrary to and against the weight of evidence, and on the further ground that there were errors in the exclusion of testimony. (The